IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Case No.: 23-CR-362 (TNM) |
| v. | : | 18 U.S.C. § 1752(a)(2) |
| **JOSHUA COKER,** | : | |
| **Defendant.** | : | |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, Joshua Coker, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752 due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

3. On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4. As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5. At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6. At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after

2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8. The defendant, Joshua Coker, lives in Oregon, Ohio. On January 5, 2021, the defendant texted a friend that he was "DC bound." The defendant then drove to Washington, D.C. with the purpose of protesting Congress' certification of the Electoral College on January 6, 2021.

9. On January 6, 2021, the defendant, wearing a black hooded sweatshirt, a red hat, blue jeans, and a camouflaged backpack, walked with a crowd from the Ellipse in the direction of the U.S. Capitol. The defendant joined a large mob around the exterior of the scaffolding near the Lower West Plaza. The defendant could see rioters climbing on the scaffolding, and observe a

small number of police trying to hold back rioters on the Northwest Staircase. The defendant climbed up the Northwest Staircase soon after that police line was breached and was among the first rioters to walk through the Northwest Courtyard to the immediate exterior of the U.S. Capitol building.

10. At approximately 2:11 PM, the defendant was outside of the U.S. Capitol by the Senate Wing Doors. From just a few feet away, the defendant watched other rioters break a window and then climb into the Capitol through that broken window. At approximately 2:13 PM, the defendant entered the U.S. Capitol through the Senate Wing Door. Having entered the Capitol, the defendant was one of the first rioters to walk to the Crypt, which he entered at 2:14 PM.

11. The defendant moved through the Memorial Door Hallway at approximately 2:35 PM, and then moved to the second floor of the Capitol building. Once on the second floor, the defendant entered the Rotunda at 2:38 PM. The defendant moved to the third floor of the Capitol and entered the Senate Gallery, where he remained from approximately 2:46 PM to 2:48 PM.

12. After leaving the Senate Gallery, the defendant walked along the Ohio Clock Corridor. The defendant exited the Capitol building through the Senate Carriage Door at approximately 2:54 PM.

### *Elements of the Offense*

13. The parties agree that 18 U.S.C. §1752(a)(2) requires the following elements:
    a. The defendant engaged in disorderly or disruptive conduct in, or in proximity to, any restricted building or grounds.
    b. The defendant did so knowingly, and with the intent to impede or disrupt the orderly conduct of Government business or official functions.

    c. The defendant's conduct in fact impeded or disrupted the orderly conduct of Government business or official functions.

### *Defendant's Acknowledgments*

14. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that, while in the Capitol building and on the Capitol grounds, he engaged in disorderly and disruptive conduct and with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ Melanie Krebs-Pilotti*
Melanie Krebs-Pilotti
Antitrust Division, Trial Attorney
Detailed to USAO-DC
CA Bar No. 241484
United States Attorney's Office
601 D Street, N.W.
Washington, D.C. 20530
Telephone No. 202-870-7457
Email: melanie.krebs-pilotti2@usdoj.gov

### DEFENDANT'S ACKNOWLEDGMENT

I, Joshua Coker, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 1-15-24

Joshua Coker
Defendant

### ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 1-15-24

Joseph Patituce
Attorney for Defendant