Honorable McFadden

I am writing on behalf of my husband Joshua Coker. I would like to share with you about his life and our life together. I have known him since I was about nine years old. We first met at Lark Elementary School in Northwood Ohio and grew up in the same small neighborhood. Everyone in our neighborhood knew Josh. While you would see him riding bikes or playing at the park, you would also see him pushing a lawn mower through the streets looking to make extra money. He always had a strong work ethic even at such a young age. Josh's childhood came to an abrupt stop at the age of 15.

That is a day I will never forget. Josh accidentally took the life of his cousin and his best friend Jeremiah. Jeremiah was also a very good friend of mine, it was devastating. Josh's family all lived on the same block, including Jeremiah. Josh's family struggled to live in the home where the accident happened and decided to move away to North Carolina. Josh and I did not keep in touch during this time. Honestly, I am glad we didn't. He did get into trouble. He ended up in prison, a place he has said was somewhere he was able to turn his life around. It was the best for him at the time. He prayed to God the day before he was arrested to do whatever He needed to do to get him off of drugs. God listened and put him in prison. Josh got clean and has done everything to lead a normal and honorable life. Two weeks after he was released he came to Ohio for a family reunion. He then went to visit his cousin, who is my best friend's fiance. He knew this and asked her to call me. I lived in the same neighborhood as her so I excitedly came over to see my friend who I hadn't seen in over twenty years. When we talked it was like we were never apart. He told me right away about getting out of prison and I have always believed in people deserving a second chance, especially Josh. He went back to North Carolina but then two days later he returned to Ohio. We couldn't wait to be back together.  I was happier than I ever thought I could be. I finally knew what real love was supposed to feel like.  Josh and I were happy with our life. We had our struggles as anyone does and always overcame them, because of his hard work. When he finally got his job at the Chrysler-Jeep plant it was a dream come true. He never thought he'd get a job that is as good as his job at Jeep. We are so happy and very thankful for everything that has come our way. I cannot describe the relief we felt. As time has passed, we have overcome our struggles and purchased a home together, a small camper, new vehicles, and a small fishing boat. Small material things that have greatly improved our quality of life. We enjoy  gardening, hiking and camping with our dog, going to the Toledo Walleye hockey games and going to Church together.  Josh and I have made a wonderful life through his employment, we would not have been able to thrive and survive if we didn't both work. I run my own business, and while it is successful, I am unable to get by on my own. We rely greatly on each other. That is why I am here, begging for leniency. When Josh had made the decision to go to the capitol and hear Donald Trump speak he never knew what the true events that would conspire would be. I supported him initially but as chaos grew I worried for his safety. I remember the sick feeling that came over me when I talked to him. There were too many people. I wanted him to turn around and just come home. His PTSD took control of his actions at that point, he was not able to think clearly. He feels deep regret and wishes that he would have just listened to me and my worries. It is devastating that this mistake he made could ruin everything we have worked towards. This has not just affected Josh, it has been an absolute nightmare for me. I am haunted by the memories of my home being raided and the aftermath. Many of my belongings were taken, and most of them have not been returned. I am

not complaining about them being taken, I just want to be heard on how this affects my life also. Most of the items are not things that can ever be replaced. In the aftermath, I spent most of my time crying, feeling devastated by what was happening to us. I have never needed support like I do now. I am lucky to have the resources I do have. Luckily on July 13th (5 days before the arrest) we decided to get married. This is the first time in a very long time that I have had access to health insurance, which is another cause for me to ask for leniency in your sentencing. We finally both have health insurance and would lose it if he goes to prison. Josh also sees a doctor for mental health reasons, which has helped him greatly. I fear for Josh to not be able to see him. He needs his health insurance for both physical and mental reasons. His extremely strenuous job has led him to need another surgery. I understand that what is done is done and you must do what is just. I just pray that you consider his past as his past and not who he is now.  Judge McFadden, I know this is a difficult decision on your part but I ask for your help in showing Josh mercy so we can continue to work on our future together. Josh is filled with regret over the events that occurred, he wishes it never happened. He hopes to move past it and be an honest and dutiful citizen of the United States. Thank you for giving me your time, it is greatly appreciated.

*Christine A. Coker*