Honorable Judge McFadden

Your Honor, we are writing you in regards to the character of our son Joshua Coker. Joshua will appear before you for sentencing with a plea offer from the US Government surrounding January 6, 2021.

Joshua was excited to attend a rally for then President Donald Trump in Washington. He attended the rally and marched to the capital for a protest event. Due to numerous factors the protest spun out of control. He has expressed to us remorse for his involvement in the events that took place.

His past criminal behavior was a result of poor judgment and the influence of drug addiction. Joshua struggled for many years with his drug addiction. After a period of incarceration, Joshua learned about his triggers. He decided that staying in North Carolina was not a good choice, so he moved back to Ohio. He met his wife, Christy. She helped him seek therapy where he was officially diagnosed with PTSD.

Through his therapy he was able to rehabilitate and become a contributing member of society. Joshua has steady employment, has purchased a home and maintains dependable transportation. He has hobbies that keep him focused and occupied.

Joshua is a kind and generous man. He is willing to help others with advice on drug addictions, and hardships. As parents, we are proud of the efforts he has made to turn his life around.

Your Honor, in closing we ask that the court show mercy in his sentencing by rendering a sentence that would not jeopardize his ability to continue working and contributing to society.

Respectfully,

*James Coker*
*Charlotte Coker*

James Coker
Charlotte Coker