January 2, 2024

To Whom It May Concern:

My name is Sharon Decant; I would like to inform you about the character of Joshua Coker, my nephew.  Josh has been like a son to me and has always been a part of my life.
It came to a shock to all of us that Josh could ever be accused of such an act. Josh is an individual who is respectful, polite and a compassionate.
Josh is a family-oriented person that present himself with practical and reasonable actions. He enjoys outdoor activates and spend time with his family.
Although Josh has had some struggles and setbacks in life, he has managed to adapt and overcome his obstacles. Josh has had a steady job and has not had any issue in many years.
If you have any further questions or in queries, please contact me.

Sincerely

*Sharon DeCant*

Sharon DeCant