Honorable Judge McFadden

I'm writing to speak of the character of Joshua Coker. As a young man I looked up to my brother and watched him make some poor life choices after a traumatic event took place in his life. I watched Josh turn his life around in, with starting a new job that left him stability and settling down with a family. It was last year when I asked him to take my son in who was traveling down the same road with addiction. Josh allowed him to come live with him and helped him get sober as well as get him a job and back on his feet which I will be forever grateful for. Josh still continues to keep in touch with him and is there for him whenever he needs him.  Josh has a lot of compassion and emotion which had allowed him to make another poor decision on Jan 6 2021. He has shown remorse and regret for that decision. I'm asking that you show leniency in sentencing so he can continue to contribute for his family and society.

Sincerely

Justin Coker