Honorable Judge McFadden,

My name is Shawna Gray. I am writing to you on behalf of my brother, Joshua Coker, in regards to his involvement in the events that took place on Jan 6th 2021.

I would like to take a moment of your time to help you get to know Josh outside of his criminal background. At the age of 15 he was involved in a traumatic accident that led to him developing undiagnosed PTSD. He self-medicated with illegal drugs and as a result made poor choices. He was incarcerated for 16 months and rehabilitated while he was in prison. When he was released, he sought out a therapist who helped him manage his PTSD in a healthy manner. He then landed the job of a lifetime, for someone with a felony record. His job at Jeep gave him a steady paycheck, a 401k, healthcare and the security we all need. From that moment on he made good choices and was a contributing member of society. On Jan 6th he allowed emotions to overcome him and immediately following the event regretted his involvement. He never attended another rally where emotions could overcome logical decision making.

I believe he should face repercussions for his actions but plead for you to have leniency in his sentencing so that he may keep his job at Jeep. A job that has brought so much grounding and stability to his life. I would be heart-broken to see this poor choice strip him of the life he was finally living after years of drug abuse.

Respectfully,

Shawna Gray

Shawna Gray