IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>                    **Plaintiff,**<br><br>  *-vs.-*<br><br>**JOSHUA COKER,**<br><br>                    **Defendant.** | **CASE NO. 1:23-CR-00362**<br><br><br>**JUDGE: TREVOR MCFADDEN** |

## MOTION TO TRAVEL

Now comes Defendant Joshua Coker, by and through his undesigned counsel, and hereby moves this Honorable Court to grant his motion and permit his travel outside the district. Defendant seeks permission to travel for his wedding and honeymoon from July 8, 2024, to July 20, 2024. Defendant plans to depart Ohio on July 8, 2024 to travel to Rockwell, NC. Defendant and his fiancé would drive straight through just stopping for gas and food. Defendant will stay at his sister's home located 377 Farm Estates Drive, Rockwell, North Carolina 28138. Defendant's wedding is scheduled on July 13, 2024 at his sister's home. Defendant would leave Rockwell, NC on July 15, 2024 and drive to the Outer Banks for his honeymoon. Defendant rented a home located at 40005 Antilles Road, Avon, NC 27915. Defendant would depart Avon, NC on July 20, 2024 and drive straight home to Ohio, only stopping for gas and food.

Wherefore, Defendant prays this Honorable Court grant his Motion and permit his travel outside of the district to attend his wedding and honeymoon.

Respectfully Submitted,

**PATITUCE & ASSOCIATES, LLC**

**By: /s/ Joseph C. Patituce**
Joseph C. Patituce (#0081384)
Attorney for Defendant
16855 Foltz Parkway
Strongsville, Ohio 44149
Phone: (440) 471-7784
Fax: (440) 398-0536
attorney@patitucelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Travel has been forwarded to all parties via the clerk's office electronic filing on the 7th day of June, 2024.

**By: /s/ Joseph C. Patituce**
Joseph C. Patituce (#0081384)
Attorney for Defendant