IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**  Plaintiff,  -*vs.*-  **JOSHUA COKER,**  Defendant. | **CASE NO. 1:23-CR-00362**  **JUDGE: TREVOR MCFADDEN** |

## MOTION TO TRAVEL

Now comes Defendant, Joshua Coker, by and through his undesigned counsel, who hereby moves this Honorable Court to grant his motion and permit his travel outside of the district. Mr. Coker seeks permission to travel to his sister's home in North Carolina for the Christmas and New Year's holiday season. Mr. Coker requests to depart Ohio on Wednesday, December 25, 2024, to travel to his sister's home, located at 377 Farm Estates Drive in Rockwell, North Carolina. He will stay at this location the entirety of the visit, until departing back to Ohio on Sunday, January 5, 2025. The drives from and to Ohio would also include the appropriate stops at rest areas, and for food and gas. Should any unforeseen circumstances cause a delay of any kind, for example, inclement weather, the undersigned will notify this Court as soon as possible.

Wherefore, Defendant prays this Honorable Court grant his Motion and permit his travel outside of the district to spend the holiday season at his sister's home in Rockwell, North Carolina.

Respectfully Submitted,

**PATITUCE & ASSOCIATES, LLC**

By: **/s/ Joseph C. Patituce**
Joseph C. Patituce (#0081384)
Attorney for Defendant
16855 Foltz Parkway
Strongsville, Ohio 44149
Phone: (440) 471-7784
Fax: (440) 398-0536
attorney@patitucelaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Motion to Travel has been forwarded to all parties via the clerk's office electronic filing on the 12th day of November, 2024.

By: **/s/ Joseph C. Patituce**
Joseph C. Patituce (#0081384)
Attorney for Defendant