UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 23-CR-362 (TNM) |
| | : | |
| JOSHUA COKER, | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S RESPONSE TO DEFENDANT JOSHUA COKER'S MOTION TO TRAVEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this response to Defendant Joshua Coker's motion to travel.

The Government opposes Coker's request to travel from Ohio to his sister's home in North Carolina to celebrate Christmas and the New Year's holiday season. On May 24, 2024, Coker was sentenced by this Court to eight months of home detention with monitoring; Coker will not complete that period of home detention until February 6, 2025. As Coker will still be serving his sentence of home detention during the period in which he wishes to travel, the Court should deny Coker's motion.

*Procedural Posture*

On January 24, 2024, Coker pleaded guilty to a violation of 18 U.S.C. § 1752(a)(2), Disorderly and Disruptive Conduct in a Restricted Building or Grounds. At the sentencing hearing on May 24, 2024, the Government requested a sentence of 7 months of incarceration, the midpoint of the applicable 4-10 month Sentencing Guidelines range. ECF 34. In fashioning its sentence, this Court enumerated several aggravating factors, including Coker's entry into the Capitol Building within seconds of its initial violent breach, but stated that the Court did not

1

want to derail Coker's employment and recovery from drug addiction by sentencing him to a period of incarceration. Instead, this Court sentenced Coker to a period of 36 months of probation, including a condition of eight months of home detention with monitoring.

On November 12, 2024, Coker filed a motion "seeking permission to travel to his sister's home in North Carolina for the Christmas and New Year's holiday season" with planned travel dates of December 25, 2024 through January 5, 2025.  ECF 42.

*Discussion*

Under 18 U.S.C. § 3563(b), the Court may provide conditions of a sentence of a probation, including the condition that a defendant "remain within the jurisdiction of the court, unless granted permission to leave by the court or a probation officer."

Coker seeks permission from this Court to "permit his travel outside of the district to spend the holiday season at his sister's home in Rockwell, North Carolina." *Id.*  The Government objects to Coker's request to travel. Coker's actions on January 6, 2021 were serious and warrant significant consequences. On January 6, Coker suited up in identity-concealing attire and entered the U.S. Capitol building within seconds of the initial breach of the Senate Wing Doors. He traveled extensively throughout the Capitol building for roughly 40 minutes, and during that time, made it to a highly sensitive location, the Senate Gallery. Further, Coker's criminal activity on January 6 was not an isolated event; he has sustained 12 prior criminal convictions and is currently facing other pending felony charges in the Northern District of Ohio.

The government confirmed with the U.S. Probation Office in the Northern District of Ohio that Coker's home detention will not be completed until February 6, 2025. This Court demonstrated significant leniency in imposing a sentence of home detention with monitoring instead of an incarceratory sentence. Given Coker's pending criminal charges in Ohio, his

extensive prior criminal history, and the seriousness of his actions on January 6, 2021, a meaningful sentence is needed to deter him from future crimes. The Court should not cut short the period of home detention so that Coker may travel for a family vacation in North Carolina.

## Conclusion

For these reasons, the government respectfully requests that the Court deny Coker's motion to travel.

        Respectfully submitted,

        MATTHEW M. GRAVES
        UNITED STATES ATTORNEY

By:    */s/ Melanie Krebs-Pilotti*
        MELANIE KREBS-PILOTTI
        Trial Attorney -ATR
        601 D Street NW
        Washington, D.C. 20530
        CA Bar No. 241484
        (202) 870-7457
        melanie.krebs-pilotti2@usdoj.gov